ACCEPTED
03-16-00718-CV
13658878
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:18:01 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

---

### IN THE COURT OF APPEALS
### FOR THE THIRD DISTRICT OF
### TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:18:01 AM
JEFFREY D. KYLE
Clerk

---

### IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION:
### TCAA ENFORCEMENT CASE

---

On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas

---

### DENTON COUNTY'S NOTICE OF
### APPEARANCE OF COUNSEL
### AND DESIGNATION OF LEAD COUNSEL ON APPEAL

---

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Denton County files this Notice of Appearance of Counsel and Designation of Lead Counsel on Appeal as follows:

1.     Appellee designates the following attorneys as counsel on appeal:

PAUL JOHNSON
Denton County District Attorney
Texas Bar No. 10778100

District Attorney
1450 E McKinney Suite 3100
Denton TX 76209
Main: (940) 349-2600 or (972) 434-8826
Main Fax: (940) 349-2601
Paul.Johnson@dentoncounty.com

1

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.    LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.    Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
        Anthony F. Constant
        State Bar No. 04711000
        Constant Law Firm
        800 N. Shoreline Blvd., Ste. 2700 South
        Corpus Christi, TX 78401
        Telephone: (361) 698-8000
        Telecopier: (361) 887-8010
        office@constantlawfirm.com

        **ATTORNEY FOR APPELLEE**
        **DENTON COUNTY**

2

## CERTIFICATE OF SERVICE

I certify that on November 8ᵗʰ a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com